UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CLINTON STRANGE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) No. 1:20-cv-00466-LEW |
| | ) |
| JUICE MAN, | ) |
| | ) |
| Defendant | ) |

## ORDER

On January 11, 2021, Plaintiff Clinton Strange tendered the filing fee for this action against "Juice Man," a John Doe defendant currently unknown to Plaintiff but who, according to Plaintiff's complaint, engaged in conduct that violated the Fair Debt Collection Act and the Telephone Consumer Protection Act. According to the complaint, the allegedly unlawful telephone activity originated in Maine and was hosted by VOIP provider Choice One Communications, Inc.–ME, but Plaintiff has no means of determining the identity of the caller. Through his motion for expedited discovery, Plaintiff requests leave to subpoena the VOIP provider to identify the caller.

Plaintiff's Renewed Motion for Expedited Discovery (ECF No. 11) is GRANTED and the Magistrate Judge's recommendation that the Court dismiss the complaint absent payment of the filing fee (ECF No. 9) will be closed as MOOT. The Plaintiff shall send to the Bangor Clerk's Office for signature and sealing a completed subpoena for production of information.

**SO ORDERED.**

Dated this 26th day of January, 2021.

                                                          /s/ Lance E. Walker
                                              UNITED STATES DISTRICT JUDGE